UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| ENVIRONMENTAL PROCESSING SYSTEMS, L.C.<br>　　Plaintiff | § § § § § | |
| V. | § § § | CIVIL ACTION NO.:_____ |
| SCOTTSDALE INSURANCE COMPANY<br>　　Defendant | § § § § § | [JURY DEMANDED] |

## DEFENDANT'S NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now, Defendant, SCOTTSDALE INSURANCE COMPANY ("Scottsdale"), and files this Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, and would show this Court as follows:

### I.   PROCEDURAL HISTORY

1. On or about September 20 2016, Plaintiff filed this action in the 75th Judicial District Court of Liberty County, Texas, entitled *Environmental Processing Systems, L.C. v. Scottsdale Insurance Company,* bearing cause number CV—1611194 on the Court's docket which is now pending.  *See* Plaintiff's Original Petition attached hereto as Exhibit "A." Scottsdale filed its Original Answer with Affirmative Defenses, Special Exceptions and Jury Demand on January 13, 2017.  *See* Defendant's Original Answer attached hereto as Exhibit "E."

2. Defendant's Notice of Removal was filed on January 13, 2017, which is within the thirty-day statutory time period for removal under 28 U.S.C. § 1446(b)**.**

## II.     DIVERSITY JURISDICTION

3. This Court has original jurisdiction under the provisions of 28 U.S.C. § 1332, because there is complete diversity of citizenship between Plaintiff and Defendants.

4. Plaintiff, Environmental Processing Systems, L.C., is a company with its principal place of business in Texas.

5. Defendant, Scottsdale Insurance Company ("Scottsdale") is an Ohio corporation with its principal place of business in Arizona.

### a. *Amount in Controversy*

6. The "matter in controversy" under 28 U.S.C. § 1332(a) is determined by reference to the plaintiff's pleadings. The damages the plaintiff claims in its petition, if apparently claimed in good faith, are controlling. *St. Paul Mercury Indem. Co. v. Red Cab Co.*, 303 U.S. 283, 288 (1938). "Where ... the petition does not include a specific monetary demand, [the defendant] must establish by a preponderance of the evidence that the amount in controversy exceeds $75,000." See *Manguno v. Prudential Prop. & Cas. Ins. Co.*, 276 F.3d 720, 723 (5th Cir. 2002). Only "expenses and costs" are excluded from the calculation of the matter in controversy. 28 U.S.C. § 1332(a). Attorney's fees are an element of the amount in controversy where their recovery is authorized by a statute under which the plaintiff sues. *H&D Tire & Auto. Hardware, Inc. v. Pitney Bowes, Inc.*, 227 F.3d 326, 330 (5th Cir. 2000), cert. denied, 534 U.S. 894 (2001).

7. Here, the amount in controversy exceeds the jurisdictional limit of $75,000.00, exclusive of interest and costs, in this lawsuit. Since Plaintiff did not plead the amount in controversy in its Original Petition, it is determined by reference to Plaintiff's demand letter dated September 10, 2016, attached as Exhibit "F." Plaintiff sought a total of $213,210.92 for economic damages, attorneys' fees, and consequential damages. *Id.* Plaintiff has also alleged violations of the Texas Insurance Code which allows for recovery of statutory penalties and

attorneys' fees. *Id.* Thus, the amount in controversy definitely exceeds the jurisdiction minimum limit of $75,000.00.

### III.     INFORMATION FOR THE CLERK

8. Plaintiff:  Environmental Processing Systems, L.C.

9. Defendant: Scottsdale Insurance Company

10. The case is pending in the state court of Liberty County:

    75th Judicial District Court
    Honorable Mark Morefield
    1923 Sam Houston, Room 303
    Liberty, Texas  77575
    Phone: (936) 336-4678

11. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 81, Defendant has attached copies of all processes and pleadings served upon it in the state court action.  No further proceedings have been had therein.  Pursuant to Local Rule 81, a copy of the trial court's docket sheet is attached as Exhibit "G" and an Index of Matters Being Filed is attached.

12. There are no other filings in state court at this time.

13. Counsel for Plaintiff:

    Jason M. Byrd: Texas Bar No.: 24036303
    THE BYRD LAW FIRM, P.C.
    448 Orleans Street
    Beaumont, TX 77701
    Telephone: 409-924-0660
    Telecopier: 409-924-0035

14. Counsel for Defendant, Scottsdale Insurance Company:

    Peri H. Alkas; Texas Bar No.:  00783536
    PHELPS DUNBAR LLP
    ONE ALLEN CENTER
    500 Dallas, Suite 1300
    Houston, Texas  77002
    Telephone: 713-626-1386
    Telecopier: 713- 626-1388

## IV.     JURY DEMAND

15.     Both Plaintiff and Defendant made a demand for a jury in the State Court Action. Defendant hereby requests a trial by jury in federal court as well.

## V.     MISCELLANEOUS

16.     On the same day that this Notice of Removal was filed, Defendant filed notice of this removal in the State Court Action. A copy of this Notice of Removal filed in the State Court Action is attached as Exhibit "H."

17.     Because Plaintiff is a business formed under the laws of Texas with its principal place of business in Texas, Defendants are all businesses incorporated in other states with their principal place of business in other states, and the amount in controversy exceeds $75,000, the Court has subject matter jurisdiction based on diversity of citizenship and residency. 28 U.S.C. § 1132. As such, this removal action is proper.

## PRAYER

WHEREFORE, Defendant, Scottsdale, respectfully requests that the above entitled action be removed from the 75th Judicial District Court of Liberty County, Texas, to the United States District Court for the Eastern District of Texas, Beaumont Division.

Respectfully submitted,

BY: /s/ Peri H. Alkas_____
Peri H. Alkas
ATTORNEY-IN-CHARGE
SBN: 00783536
Fed. ID No.: 15787
PHELPS DUNBAR LLP
500 Dallas Street, Suite 1300
Houston, Texas 77002
Telephone: (713) 626-1386
Facsimile: (713) 626-1388
E-mail: peri.alkas@phelps.com

**ATTORNEY-IN-CHARGE
FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing instrument has been served upon all counsel as listed below by placing a copy of same in the United States mail, certified, return receipt requested, facsimile, electronically, and/or hand delivery on January 13, 2017.

| | |
|---|---|
| Jason M. Byrd<br>THE BYRD LAW FIRM, P.C.<br>448 Orleans Street<br>Beaumont, TX 77701<br>*COUNSEL FOR PLAINTIFF* | VIA CM/RRR: 7014 3490 0000 3310 7426<br>& VIA E-MAIL:  jason@txbyrd.com |

                                           */s/ Peri H. Alkas*
                                           Peri H. Alkas