UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| ENVIRONMENTAL PROCESSING SYSTEMS, L.C.<br>    Plaintiff | § § § § § | |
| V. | § § § § | CIVIL ACTION NO.: 1:17-CV-00013-MAC |
| SCOTTSDALE INSURANCE COMPANY<br>    Defendant | § § § § | [JURY DEMANDED] |

## JOINT STIPULATION OF DISMISSAL PURSUANT TO SETTLEMENT

TO THE HONORABLE MARCIA CRONE:

COME NOW, the Parties, ENVIRONMENTAL PROCESSING SYSTEMS, L.C., and Defendant, SCOTTSDALE INSURANCE COMPANY, in the above-referenced and numbered cause, and respectfully file this Agreed Stipulation of Dismissal Pursuant to Settlement, with Prejudice, and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii).

Plaintiff and Defendant have agreed upon an amicable resolution amongst themselves as well as by and through their counsel of record. Accordingly, there no longer remains a controversy with respect to the above-referenced and numbered cause.

WHEREFORE, PREMISES CONSIDERED, the Plaintiff and the Defendant respectfully request that this Honorable Court enter an Order by which the above-referenced and numbered civil action shall be dismissed, with prejudice.

Respectfully Submitted,

By: *J. Byrd by P. Alkas w/permission*
Jason M. Byrd
State Bar No. 24036303
THE BYRD LAW FIRM, P.C.
448 Orleans Street
Beaumont, Texas 77701
Telephone: (409) 924-0660
Telecopier: (409) 924-0035
E-mail: jason@txbyrd.com

**ATTORNEY FOR PLAINTIFF**

BY: *P. Alkas*
Peri H. Alkas
ATTORNEY-IN-CHARGE
SBN: 00783536
Fed. ID No.: 15787
PHELPS DUNBAR LLP
500 Dallas Street, Suite 1300
Houston, Texas 77002
Telephone: (713) 626-1386
Facsimile: (713) 626-1388
E-mail: peri.alkas@phelps.com

**ATTORNEY-IN-CHARGE FOR DEFENDANTS**

**OF COUNSEL:**
Ashley M. Parker: TBN: 24081085
Fed. ID No.: 1512920
500 Dallas Street • Suite 1300
Houston, Texas 77002
Telephone: (713) 626-1386
Telecopier: (713) 626-1388
Email: Ashley.parker@phelps.com