| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| ENVIRONMENTAL PROCESSING SYSTEMS, LC, | § § § | |
| Plaintiff, | § § | |
| *versus* | § § | CIVIL ACTION NO. 1:17-CV-13 |
| SCOTTSDALE INSURANCE COMPANY, | § § § | |
| Defendant. | § | |

**ORDER OF DISMISSAL**

In accordance with the parties' Joint Stipulation of Dismissal Pursuant to Settlement (#11), filed October 12, 2017, this action is dismissed with prejudice. The parties shall bear their own costs.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 13th day of October, 2017.

*[signature: Marcia A. Crone]*

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE